UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF MICHIGAN

STEVE DARRISH AND
LISA DARRISH,                                           Case No. 1:11-cv-01362
    Plaintiffs,                                     Hon. Robert J. Jonker

-vs.-

AMSHER COLLECTION SERVICES, INC.
    Defendant.
_____

## ORDER OF DISMISSAL
## WITH PREJUDICE AND WITHOUT COST

At a session of court held in the United States District Court for
the Western District of Michigan

on _____

Present: Hon. _____

     The parties have resolved this matter and the court being otherwise fully advised as to the premises therein;

     **IT IS HEREBY ORDERED** that the within action is hereby dismissed with prejudice and without cost to either party.

Dated:  April 30, 2012            /s/ Robert J. Jonker____
                                  Judge of United States District Court

2